**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Wynetta Taylor,<br><br>Plaintiff,<br><br>v.<br><br>American Express Travel Related Services Company Incorporated,<br><br>Defendant. | No. CV-26-04863-PHX-DJH<br><br>**ORDER** |

On October 25, 2026, Plaintiff Wynetta Taylor ("Plaintiff") filed a Notice of Service (Doc. 14), claiming to have completed service upon Defendant American Express ("Defendant"). However, upon review of the filing, service of process was deficient and therefore will be struck.

There are several issues with Plaintiff's purported service. First, she completed it herself, and Plaintiff may not effect personal service. Fed. R. Civ. P. 4(c). Second, no summons has been issued in this matter, and Fed. R. Civ. P. 4(c)(1) requires a summons and copy of the complaint to be served on each defendant in a case. *Williams v. Workers Compen. Bd.*, 2022 WL 16856162, at *2 (E.D. Cal. Nov. 10, 2022) ("Failure to serve a summons together with the Complaint renders service of process ineffective."). Third, Plaintiff claims to have completed service by faxing American Express Subpoena Response Unit. (*See* Doc. 14 at 6); *Jacobs v. Garcetti*, 2024 WL 500073, at *4 (C.D. Cal. Feb. 5, 2024) (finding the plaintiff's service by fax insufficient to comply with Rule 4). Plaintiff emailed the Subpoena Response Unit asking for the proper address for "Summons

Service of Process completion [sic].” (Doc. 14-1). In what looks like an automated email response, the Subpoena Response Unit provided information for serving subpoenas on American Express, not a complaint and summons. (*Id.*) Moreover, the Court at no point authorized service by fax or any other alternative means. And Plaintiff’s Notice of Service in no way established that anyone authorized to accept service of process was indeed served. In short, service of process was deficient.

If Plaintiff wishes to pursue this case, then Plaintiff must obtain a summons in accordance with Rule 4(a)–(b) and complete proper service of process also in accordance with Rule 4.

Accordingly,

**IT IS ORDERED** that Plaintiff’s Notice of Service (Doc. 14) is **STRICKEN** from the record. Plaintiff must effectuate proper service of process by **December 28, 2026**. Failure to file proof of service by that date will result in the dismissal of this case without further notice.

Dated this 6th day of November, 2026.

Honorable Diane J. Humetewa
United States District Judge